MUNICIPAL GAS COMPANY OF THE CITY OF ALBANY, Respondent, v. JAMES M. NOLAN, Superintendent of the Bureau of Buildings of the City of Albany, Appellant. MUNICIPAL GAS COMPANY OF THE CITY OF ALBANY, Appellant, v. CITY OF ALBANY, Respondent.— Mandamus order unanimously affirmed, with costs. Order denying injunction unanimously affirmed, with ten dollars costs and disbursements; both on the opinion of Rosch, J., at Special Term [Reported in 121 Misc. Rep. 606]. Hinman, J., not sitting.

ANNA CAMP, as Sole Administratrix, of WILLIS CAMP, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. McCann, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. MARGARET HEINZEN, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board. McCann, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. JACOB JUCHOWSKI, Respondent, v. JACOB DOLD PACKING COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

SAMUEL P. KELLAM, Respondent, v. CHARLES A. MCLEAN, Appellant.— Judgment modified by providing that the plaintiff be nonsuited, with costs in Justice's Court as upon a nonsuit, and as so modified unanimously affirmed, without costs in the County Court or in this court.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES· LAWSON, Respondent, v. WALLACE & KEENEY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

MARY MEYER, Respondent, v. JOSEPH H. MCSTRAVICK, Appellant.— Motion granted.

EDWARD F. MURRAY, Appellant, v. JAMES O'NEIL and Others, Defendants, Impleaded with THE CITY OF TROY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES A. MERRILL, Respondent, v. ELWIN PICKETT and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARGITA DE J. MESQUITA, Respondent, v. BRIARCLIFF REALTY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board, on the authority of Emmick v. Hanrahan Brick & Ice Co. (206 App. Div. 580); Madura v. Bronx Parkway Commission (Id. 598); Cudahy Co. v. Parramore (263 U. S. 418, decided by United States Supreme Court Dec. 10, 1923).

DAVID MARKOWITZ, Appellant, v. JOHN J. MAAS, Respondent.— Judgment and order unanimously affirmed, with costs.

INGRID NELSON, Appellant, v. CHARLES S. DARLING, Respondent, Impleaded with Others.— Judgment unanimously affirmed, with costs. The court disapproves of all findings to the effect that the maker of the note after the year 1918 had a place of business; and finds that after the year 1918 said maker did not have an office or place for the transaction of business and did not transact any business, and that the note, when plaintiff exercised her option, was in the possession of her husband, who was the president of the maker of said note.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS O'CONNOR and